

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Steven Cruz,

Vs. No. 11-17-00008-CR

The State of Texas,

\* From the 50th District Court
of Baylor County
Trial Court No. 5627.

\* January 31, 2019

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

     This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.